| | |
|---|---|
| 1 | Michael W. Armstrong (SBN 87799) |
| 2 | NOLAN, ARMSTRONG & BARTON, LLP |
|   | 600 University Avenue |
| 3 | Palo Alto, CA 94301 |
|   | Tel. (650) 326-2980  Fax (650) 326-9704 |

Counsel for Defendant Kevin Yang

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| UNITED STATES, | Case No. CR 11-00472 RMW |
|---|---|
| Plaintiff, | **STIPULATION AND []** |
| v. | **ORDER TO CONTINUE STATUS HEARING** |
| KEVIN CHEN CHIEH YANG, | Date: February 13, 2012 |
|  | Time: 9:00 a.m. |
| Defendant. | Court: The Hon. Ronald M. Whyte |

It is hereby stipulated between the parties, Michael W. Armstrong, attorney for defendant, Kevin Yang, and Assistant United States Attorney Allison Danner for the United States of America, that the presently scheduled status hearing of February 13, 2012 be rescheduled to Monday, March 5, 2012 at 9:00 a.m. before the Honorable Ronald M. Whyte.

The case was originally scheduled for February 6, 2012, and counsel received an order from the court rescheduling the hearing for February 13, 2012. Defendant's counsel, Michael W. Armstrong, is unavailable on that date and out of the state. The next date available to both counsel is March 5, 2012.

The parties agree that the time between February 13, 2012 through March 5, 2012 is properly excluded pursuant to the Speedy Trial Act, Title 18 United States Code, sections

STIPULATION AND ORDER TO CONTINUE STATUS HEARING; CASE NO. CR 11-00472 RMW
**1**

3161(h)(7)(A) and 3161(h)(7)(B)(iv) in the interests of justice.

SO STIPULATED:

                                                              NOLAN, ARMSTRONG & BARTON

Dated: February 8, 2012                        _____/s/_____
                                                         MICHAEL W. ARMSTRONG
                                                          Attorney for Defendant KEVIN YANG

                                                           MELINDA HAAG
                                                          United States Attorney

Dated: February 8, 2012                        _____/s/_____
                                                         ALLISON MARSTON DANNER
                                                         Assistant Unites States Attorney

**ORDER**

For the foregoing reasons, the Court continues the next status conference in this case from February 13, 2012 to March 5, 2012 at 9:00 a.m. For the reasons stated above, the Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. See U.S.C. § 3161(h)(7)(A) and 3161(h)(8)(7)(iv). Accordingly, time shall be excluded from February 13, 2012 through March 5, 2012.

SO ORDERED.

Dated: February ___, 2012                    /s/ Ronald M. Whyte
                                                     THE HONORABLE RONALD M. WHYTE
                                                     JUDGE OF THE SUPERIOR COURT