Michael W. Armstrong (SBN 87799)
NOLAN, ARMSTRONG & BARTON, LLP
600 University Avenue
Palo Alto, CA 94301
Tel. (650) 326-2980  Fax (650) 326-9704

Counsel for Defendant Keven Yang

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KEVEN CHEN CHIEH YANG,<br><br>　　　　　Defendant. | Case No. CR 11-00472 RMW<br><br>**STIPULATION AND []**<br>**ORDER TO CONTINUE STATUS**<br>**HEARING**<br><br>Date:　September 17, 2012<br>Time:　9:00 a.m.<br>Court:　The Hon. Ronald M. Whyte |

　　　It is hereby stipulated between the parties, Michael W. Armstrong, attorney for defendant, Keven Yang, and Amber Rosen, Assistant United States Attorney for the United States of America, that the presently scheduled status hearing of September 17, 2012 be rescheduled to Monday, October 22, 2012 at 9:00 a.m. before the Honorable Ronald M. Whyte.

　　　Defendant's counsel, Michael W. Armstrong, is unavailable on September 17, 2012 due to his presence at a jury trial in San Mateo County Superior Court, Case No. SC075607, in which he represents the defendant. The next date available to both counsel for the status hearing in the instant case is October 22, 2012.

　　　The parties agree that the time between September 17, 2012 through October 22, 2012 is properly excluded pursuant to the Speedy Trial Act, Title 18 United States Code, sections

3161(h)(7)(A) and 3161(h)(7)(B)(iv) in the interests of justice.

SO STIPULATED:

                                          NOLAN, ARMSTRONG & BARTON

Dated: September 12, 2012           _____/s/_____
                                          MICHAEL W. ARMSTRONG
                                          Attorney for Defendant KEVEN YANG

                                            MELINDA HAAG
                                            United States Attorney

Dated: September 12, 2012           _____/s/_____
                                          AMBER ROSEN
                                            Assistant United States Attorney

**ORDER**

For the foregoing reasons, the Court continues the next status conference in this case from September 17, 2012 to October 22, 2012 at 9:00 a.m. For the reasons stated above, the Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. See U.S.C. § 3161(h)(7)(A) and 3161(h)(8)(7)(iv). Accordingly, time shall be excluded from September 17, 2012 through October 22, 2012.

SO ORDERED.

Dated: September FH, 2012           _____
                                        THE HONORABLE RONALD M. WHYTE
                                          U.S. DISTRICT COURT JUDGE