Michael W. Armstrong (SBN 87799)
NOLAN, ARMSTRONG & BARTON, LLP
600 University Avenue
Palo Alto, CA 94301
Tel. (650) 326-2980 Fax (650) 326-9704

Counsel for Defendant
Keven Yang

*E-FILED - 12/7/12*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

UNITED STATES,

Plaintiff,

v.

KEVEN CHEN CHIEH YANG,

Defendant.

Case No. CR 11-00472 RMW

**MOTION TO CONTINUE STATUS HEARING DATE**

Date: December 10, 2012
Time: 9:00 a.m.
Court: The Hon. Ronald M. Whyte

Defendant, Keven Yang, through his counsel, Michael W. Armstrong, of Nolan, Armstrong & Barton, LLP, hereby moves the court for a continuance of the status hearing presently scheduled for Monday, December 10, 2012, at 9:00 a.m. before the Honorable Ronald M. Whyte.

The reason for this motion is that on approximately October 17, 2012, Judge Grewal approved the issuance of a subpoena duces tecum to the law firm of Fenwick & West. The records sought by defendant include documents and communications between Fenwick & West and their then-client, Mr. Calvin Yu, and his father who are the alleged victims of the crimes charged against Mr. Yang in the present indictment. Fenwick & West advised Mr. Yu and his father about

entering into various business dealings with Mr. Yang in approximately 2006 through 2008, some of which dealings are the subject of the present indictment.

In the discovery already received from the government in this case are included emails from Fenwick & West to Mr. Yu, some of which are then forwarded on to Mr. Yang. The communications among these parties and the advice and knowledge passed on to Mr. Yu from his then-attorneys at Fenwick & West are important facts for the determination of issues raised by this indictment.

The subpoena duces tecum was served on Fenwick & West on November 1, 2012, and since that date, defendant's counsel, Michael W. Armstrong, has been in contact with lawyers at Fenwick & West about the production of these documents. Fenwick & West has indicated that they have issues with both the scope of the subpoena in terms of the records sought, as well as possible privilege issues, since they were not representing Mr. Yu in the subsequent civil suit brought by him against Mr. Yang which was litigated in the California State Court. The issues raised by Fenwick & West, both as to the scope of the subpoena and the privilege issues, are complex and need more time to be sorted out between counsel for Mr. Yang and Fenwick & West.

I have advised counsel for the government, Amber Rosen, of the situation, and even forwarded on to her a written reply that I received from Fenwick & West as to their concerns about the subpoena. Ms. Rosen has indicated to Mr. Armstrong that she has no objection to this request for a continuance of the status hearing, but wanted Mr. Armstrong to put this information in writing before the court in the form of a motion so that the court and counsel would have further written understanding of the issues raised by the issuance of the subpoena duces tecum in this case.

/ / /

/ / /

/ / /

/ / /

/ / /

For these reasons, counsel for defendant moves the court for a continuance of the status hearing from December 10, 2012 to February 4, 2013.

Respectfully submitted,

NOLAN, ARMSTRONG & BARTON

Dated: December 7, 2012

__________/s/_________________
MICHAEL W. ARMSTRONG
Attorney for Defendant KEVIN YANG

Dated: December 7, 2012

__________/s/________________
AMBER ROSEN
Assistant Unites States Attorney

**ORDER**

For the foregoing reasons, the Court grants the motion to continue status hearing and continues the next status conference in this case from December 10, 2012 to February 4, 2013 at 9:00 a.m. For the reasons stated above, the Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. See U.S.C. § 3161(h)(7)(A) and 3161(h)(8)(7)(iv). Accordingly, time shall be excluded from December 10, 2012 through February 4, 2013.

SO ORDERED.

Dated: December 7, 2012

Ronald M. Whyte
THE HONORABLE RONALD M. WHYTE