Michael W. Armstrong (SBN 87799)
NOLAN, ARMSTRONG & BARTON, LLP
600 University Avenue
Palo Alto, CA 94301
Tel. (650) 326-2980  Fax (650) 326-9704

Counsel for Defendant Keven Yang

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KEVEN CHEN CHIEH YANG,<br><br>　　　　　Defendant. | Case No. CR 11-00472 RMW<br><br>**STIPULATION AND []<br>ORDER TO CONTINUE STATUS<br>HEARING**<br><br>Date:　June 3, 2013<br>Time:　9:00 a.m.<br>Court:　The Hon. Ronald M. Whyte |

　　　It is hereby stipulated between the parties, Michael W. Armstrong, attorney for defendant, Keven Yang, and Amber Rosen, Assistant United States Attorney for the United States of America, that the presently scheduled status hearing of June 3, 2013 be rescheduled to Monday, June 24, 2013 at 9:00 a.m. before the Honorable Ronald M. Whyte.

　　　Defendant's counsel, Michael W. Armstrong, requests this extension because he will be starting a trial on June 3, 2013 in Santa Clara County Superior Court, Palo Alto Facility, in which he represents the defendant. The matter is *People v. Winchell*, Case No. B1260896. Defendant withdrew her time waiver, which prompted the judge to schedule the trial right away. The next date available to both counsel for the status hearing in the instant case is June 24, 2013.

///

STIPULATION AND'ORDER TO CONTINUE STATUS HEARING; CASE NO. CR 11-00472 RMW
**1**

The parties agree that the time between June 3, 2013 through June 24, 2013 is properly excluded pursuant to the Speedy Trial Act, Title 18 United States Code, sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv) in the interests of justice.

SO STIPULATED:

                                                                                 NOLAN, ARMSTRONG & BARTON

Dated: May 29, 2013                               _____/s/_____
                                                                            MICHAEL W. ARMSTRONG
                                                                            Attorney for Defendant KEVEN YANG

                                                                            MELINDA HAAG
                                                                            United States Attorney

Dated: May 29, 2013                              _____/s/_____
                                                                            AMBER ROSEN
                                                                            Assistant United States Attorney

**ORDER**

For the foregoing reasons, the Court continues the next status conference in this case from June 3, 2013 to June 24, 2013 at 9:00 a.m. For the reasons stated above, the Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. See U.S.C. § 3161(h)(7)(A) and 3161(h)(8)(7)(iv). Accordingly, time shall be excluded from June 3, 2013 through June 24, 2013.

SO ORDERED.

Í ~~DF~~
Dated: _____, 2013                           _____
                                                                             THE HONORABLE RONALD M. WHYTE
                                                                             U.S. DISTRICT COURT JUDGE