| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Chief, Criminal Division |
| 4 | DANIEL R. KALEBA (CABN 223789)<br>Assistant United States Attorney |
| 5 | 150 Almaden Boulevard, Suite 900<br>San Jose, CA 95113 |
| 6 | Telephone: (408) 535-5061<br>Fax: (408) 535-5066 |
| 7 | E-Mail: daniel.kaleba@usdoj.gov |
| 8 | Attorneys for the United States |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00472 RMW |
| Plaintiff, | ) ) | STIPULATION AND [] ORDER CONTINUING PRETRIAL |
| v. | ) ) | CONFERENCE FROM AUGUST 8, 2013 TO AUGUST 14, 2013 AT 32:00 C.M. |
| KEVEN CHEN CHIEH YANG, | ) ) | |
| Defendant. | ) ) | |

The above matter is set for trial on August 26, 2013. The pretrial conference for this matter is calendared for August 8, 2013 at 2:00 p.m. Counsel for the government has a scheduling conflict on August 8. The government requests, and the defense stipulates, that the Court continue the pretrial conference from August 8, 2013 to August 14, 2013 at 32:00 c.m.

IT IS SO STIPULATED.

DATED: July 26, 2013         /s/
                             MICHAEL ARMSTRONG
                             Attorney for Defendant

DATED: July 26, 2013         /s/
                             DANIEL KALEBA
                             Assistant United States Attorney

Stipulation and [] Order

1  IT IS SO ORDERED.

3  DATED: ¨ ̶D̶I̶C̶T̶H          /s/ Ronald M. Whyte
                                HON. RONALD M. WHYTE
                                United States District Judge

Stipulation and [] Order                 2