```
1  Michael W. Armstrong (SBN 87799)
   NOLAN, ARMSTRONG & BARTON, LLP
2  600 University Avenue
   Palo Alto, CA 94301
3  Tel. (650) 326-2980  Fax (650) 326-9704
4
   Counsel for Defendant Keven Yang
5
```

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KEVEN CHEN CHIEH YANG,<br><br>　　　　　Defendant. | Case No. CR 11-00472 RMW<br><br>**STIPULATION AND []**<br>**ORDER TO CONTINUE SENTENCING**<br>**HEARING**<br><br>Date:　November 12, 2013<br>Time:　9:00 a.m.<br>Court:　The Hon. Ronald M. Whyte |

　　　It is hereby stipulated between the parties, Michael W. Armstrong, attorney for defendant, Keven Yang, and Daniel Kaleba, Assistant United States Attorney for the United States of America, that the presently scheduled sentencing hearing of November 12, 2013 be rescheduled to Monday, January 6, 2014, at 9:00 a.m. before the Honorable Ronald M. Whyte.

　　　Defendant's counsel, Michael W. Armstrong, requests this extension because the probation interview was only recently concluded, and the probation officer needs more time to complete her report. She agrees with the proposed date.

///

///

///

The parties agree that the time between November 12, 2013 through January 6, 2014 is properly excluded pursuant to the Speedy Trial Act, Title 18 United States Code, sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv) in the interests of justice.

SO STIPULATED:

                          NOLAN, ARMSTRONG & BARTON

Dated: November 4, 2013　　　　　　　　_____/s/_____
                          MICHAEL W. ARMSTRONG
                          Attorney for Defendant KEVEN YANG

                          MELINDA HAAG
                          United States Attorney

Dated: November 4, 2013　　　　　　　　_____/s/_____
                          DANIEL KALEBA
                          Assistant United States Attorney

**ORDER**

For the foregoing reasons, the Court continues the sentencing hearing in this case from November 12, 2013 to January 6, 2014 at 9:00 a.m. For the reasons stated above, the Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. See U.S.C. § 3161(h)(7)(A) and 3161(h)(8)(7)(iv). Accordingly, time shall be excluded from November 12, 2013 through January 6, 2014.

SO ORDERED.

Dated: November ï____, 2013　　　　　　　_/s/ Ronald M. Whyte_____
                          THE HONORABLE RONALD M. WHYTE
                          U.S. DISTRICT COURT JUDGE